UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| In re: | Chapter 7 |
| JOHN D CREDEDIO | Case No.   15-81675 |
| Debtor. | |

CORPORATE OWNERSHIP STATEMENT OF
<u>ABC BANK, AN ILLINOIS BANKING CORPORATION</u>

ABC Bank, an Illinois banking corporation, a petitioner in the above-captioned involuntary chapter 7 bankruptcy case, pursuant to Rule 1010(b) of the Federal Rules of Bankruptcy Procedure, states that the following corporations, as that term is defined in 11 U.S.C. § 101(9), directly or indirectly own 10% or more of ABC Bank's equity interests:

- None

Dated: June 25, 2015                     ABC Bank, an Illinois banking corporation

By: _____
Sam Scott, Chairman of the Board

1134242