# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | | |
|---|---|---|---|
| **Honorable** | Timothy A. Barnes | **Hearing Date** | July 14, 2015 |
| **Bankruptcy Case** | 15 B 22135 | **Adversary No.** | |
| **Title of Case** | John D. Crededio | | |

**Brief Statement of Motion:** Status Hearing

**Names and Addresses of moving counsel:**

**Representing:**

## ORDER

Answer deadline is extended to and including 7/29/2015.

Hearing is continued to July 29, 2015 at 10:30 a.m. in courtroom 613.

[signature] /AM