UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | | |
|---|---|---|---|
| Honorable | Timothy A. Barnes | Hearing Date | July 29, 2015 |
| Bankruptcy Case | 15 B 22135 | Adversary No. | |
| Title of Case | John D. Crededio | | |

**Brief Statement of Motion:** Status Hearing

**Names and Addresses of moving counsel:**

**Representing:**

## ORDER

Debtor's response due on or before August 21, 2015.

Hearing is continued to August 26, 2015 at 10:30 a.m. in courtroom 613.

*/s/ Timothy A. Barnes*