## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| In re:<br><br>John Crededio,<br><br>    Alleged Debtor. | Chapter 7<br><br>Bankruptcy No. 15-21966<br><br>Judge Judge Timothy A. Barnes<br><br>Date: August 26, 2015<br>Time: 10:30 a.m |

## NOTICE OF MOTION

**Please take notice** that, on **August 26, 2015, at 10:30 a.m.**, or as soon thereafter as counsel may be heard, the undersigned shall appear before the Honorable Timothy Barnes, in Courtroom 613 of the Everett McKinley Dirksen United States Courthouse, 219 South Dearborn Street, Chicago, Illinois, and then and there shall present the attached **Motion for One Business Day Extension of Time to Respond to Involuntary Petition**, a copy of which is attached hereto and served upon you, at which time and place you may appear.

| | |
|---|---|
| **August 21, 2015** | **John Crededio, Sr.**<br><br>By: /s/ William J. Factor<br>One of His Attorneys |

William J. Factor (6205675))
**FACTORLAW**
105 W. Madison Street, Suite 1500
Chicago, IL 60602
Tel:     (847) 239-7248
Fax:    (847) 574-8233

{00039966}

## CERTIFICATE OF SERVICE

    I, William J. Factor, an attorney, hereby certify that on August 21, 2015, I caused a copy of the foregoing *Notice of Motion* and the accompanying *Motion* to be served electronically through the Court's Electronic Notice for Registrants on all persons identified as Registrants on the Service List below.

                                                                              /s/ William J. Factor

## SERVICE LIST

**Registrants**
(Service via ECF)

Richard H Fimoff    rfimoff@rsplaw.com, fb@rsplaw.com

Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov

{00039966}

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

In re:

John Crededio,

    Alleged Debtor.

Chapter 7

Bankruptcy No. 15-21966

Judge Judge Timothy A. Barnes

## MOTION FOR ONE BUSINESS DAY EXTENSION OF
## TIME TO RESPOND TO INVOLUNTARY PETITION

    1.    An involuntary petition for relief under chapter 7 was filed against the Alleged Debtor in the captioned case on June 25, 2015. At the same time, four other involuntary petitions were filed against related debtors. The undersigned law firm and counsel is representing each of the alleged debtors.

    2.    The Court entered an order allowing the Alleged Debtor to respond to the involuntary petition by August 21, 2015. The Court also set a status on the involuntary petition for August 26, 2015.

    3.    The Alleged Debtor here requires a single business day extension of time (e.g., to August 24, 2015) to file a response to the involuntary petition.

    4.    The petitioner will not be prejudiced by the extension and this case will not be delayed because a response will be on file prior to the August 26, 2015 hearing.

    WHEREFORE, the Alleged Debtor requests that this Court enter an order granting the relief requested herein and such further relief as the Court deems appropriate under the circumstances.

| | |
|---|---|
| Dated: August 21, 2015 | Respectfully submitted, |
| | **John Crededio, Sr.** |
| | By: /s/ William J. Factor<br>One of His Attorneys |

William J. Factor (6205675)
**FACTORLAW**
105 W. Madison Street, Suite 1500
Chicago, IL 60602
Tel:   (847) 239-7248
Fax:   (847) 574-8233

{00039966}