UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | | |
|---|---|---|---|
| Honorable | Timothy A. Barnes | Hearing Date | August 26, 2015 |
| Bankruptcy Case | 15 B 22135 | Adversary No. | |
| Title of Case | John D. Crededio | | |

**Brief Statement of Motion:** Alleged Debtors' Motion To Dismiss Involuntary Chapter 7 Petition Pursuant To Bankruptcy Rules 1011 And 7012 And For Judgment Against Petitioning Creditor Pursuant To 11 U.S.C. §303(i)

**Names and Addresses of moving counsel:**

**Representing:**

## ORDER

Response due on or before September 9, 2015.

Hearing is continued to September 16, 2015 at 11:00 a.m. in courtroom 613.

*/s/ Timothy A. Barnes*  AM