UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF ILLINOIS

Eastern Division

| | | |
|---|---|---|
| In Re: | ) | BK No.: 15-22135 |
| John D. Crededio, Sr. | ) | |
| | ) | Chapter: 7 |
| | ) | |
| | ) | Honorable Timothy Barnes |
| | ) | |
| Debtor(s) | ) | |

**Order Extending Time to Respond to Involuntary Petition**

This matter coming on the motion of the alleged debtor to extend by one business day the time to respond to the involuntary petition,

IT IS HEREBY ORDERED THAT:

1. The Motion is granted as provided herein; and

2. The alleged debtor shall have up to and including August 24, 2015, to respond to the involuntary petition.

Enter:

Honorable Timothy A. Barnes
United States Bankruptcy Judge

Dated: August 26, 2015

**Prepared by:**

William J. Factor (6205675)
FACTORLAW
105 W. Madison Street, Suite 1500
Chicago, IL 60602
Tel: (847) 239-7248
Fax: (847) 574-8233
Email: wfactor@wfactorlaw.com